ALLEGRO CORPORATION, Oregon Corporation, Plaintiff—Appellee,

v.

MUSIC FOR ALL OCCASIONS INC., Florida Corporation; et al., Defendants,

and

Robert Schachner, Defendant—Appellant.

No. 02–36059.

D.C. No. CV–96–01117–JO.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 23, 2004.

Bruce L. Campbell, Miller Nash, LLP, Portland, OR, for Plaintiff–Appellee.

Robert Schachner, pro se, Tavernier, FL, for Defendant–Appellant.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

### MEMORANDUM**

Robert Schachner appeals pro se the district court's order denying reconsideration of its order denying Schachner's motion to hold Allegro Corporation in contempt of a 1997 court order enforcing certain distribution agreements between Allegro and the corporations Schachner controls. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion, *Navajo Nation v. Confederated Tribes & Bands of the Yakama Indian Nation,* 331 F.3d 1041, 1046 (9th Cir.2003), and we affirm.

Because Schachner's motion for reconsideration was untimely, we construe it as a motion for relief from judgment pursuant to Fed.R.Civ.P. 60(b). *See Mt. Graham Red Squirrel v. Madigan,* 954 F.2d 1441, 1463 & n. 35 (9th Cir.1992). The district court did not abuse its discretion in denying the motion because Schachner did not demonstrate mistake, new information, or any other legitimate basis for relief. *See id.* at 1463; Fed.R.Civ.P. 60(b).

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, we deny Schachner's request for oral argument.

** This disposition is not appropriate for publication and may not be cited to or by the

We deny Schachner's motion for judicial notice.

**AFFIRMED.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

